CONFIRMED FILE DATE: 11/19/2009

**JOSEPH J. HALBACH JR.**
JUDGE, 333RD DISTRICT COURT
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
713-368-6470

11/19/2009

TO ALL COUNSEL AND PRO SE PARTIES:

The case listed below will be eligible for dismissal for want of prosecution if service is not perfected or there is no answer on file and a default has not been requested on Defendant/s.

The following requirements must be met: Service is perfected AND an answer is on file; OR Motion for Default OR a Motion to Retain IS filed 03/22/10. THIS CASE WILL BE DISMISSED FOR WANT OF PROCESUTION ON 03/29/10.
If you have any questions about service or entry of an answer please call the clerks @ 713-368-6470. No case will be removed from this Dismissal Docket without the proper requirements listed above being met.

JOSEPH J. HALBACH JR
Judge, 333RD DISTRICT COURT

CASE - 200974116      FILED - 20091116      COURT - 333rd
TYPE - BREACH OF CONTRACT
PAPAGEORGIOU, T DORI VS UNIVERSITY OF TEXAS

ANDREW S. GOLUB
8 GREENWAY PLAZA, 14TH FLOO                    8114950
HOUSTON, TX 77046