RECEIPT NUMBER __7633__  0.00
TRACKING NUMBER __72485041__  ATY

CAUSE NUMBER __200974116__

191420.1

**PLAINTIFF:** PAPAGEORGIOU, T DORINA
vs.
**DEFENDANT:** UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUST

In The 333rd
Judicial District Court of
Harris County, Texas

P.2

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON BY SERVING ITS
PRESIDENT LARRY R KAISER (M D)

7000 FANNIN SUITE 1200  HOUSTON TX 77030

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the __16th__ day of __November__, 20__09__ in the
above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __17th__ day of __December__, 20 __09__.

Issued at request of:
GOLUB, ANDREW S.
8 GREENWAY PLAZA, 14TH FLOO
HOUSTON, TX 77046
Tel: (713) 526-3700
Bar Number: 8114950

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: BROOKS, VELINA GRACE   E9H/E9H/8587

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
  (street address)   (city)
in _____ County, Texas on the _____ day of _____, 20___, at ____ o'clock ___ . M.,
by delivering to _____, by delivering to its
  (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
  (description of petition, e.g., "Plaintiff's Original")
and with accompanying copies of _____.
  (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by _____ the ____ day of _____, 20___.
FEE: $ _____
  By: _____
  (signature of officer)

**AFFIDAVIT ATTACHED**

As Deputy for: _____
Affiant Other Than Officer   (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 ____

_____
Notary Public

N.INT.CITC.P

**CAUSE NO. 200974116**

| | |
|---|---|
| T. DORINA PAPAGEORGIOU,<br>**PLAINTIFF**<br><br>VS.<br><br>THE UNNERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT HOUSTON,<br>**DEFENDANT** | § § § § § § § § | IN THE 333RD JUDICIAL DISTRICT COURT<br><br>HARRIS COUNTY, TX |

**AFFIDAVIT OF SERVICE**

**BEFORE ME**, the undersigned authority, on this day appeared, **JODI HURST**, personally before me and stated under oath as follows:

My name is **JODI HURST**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server authorized by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

**ON Tuesday, December 22, 2009 AT 01:53 PM** - CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION **CAME TO HAND.**

**ON Monday, January 04, 2010 AT 12:15 PM** - **THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO:** UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, C/O Senior Legal Officer, Devin S. Longuet, 7000 FANNIN, 14th Floor, HOUSTON, TX, 77030 **BY PERSONAL SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

_____
JODI HURST, Affiant
(ID #4829)

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this ___ day of _____, 2010.

_____
Notary Public In And for the State of Texas

DocID: 191420-1



TIM SOUBLET
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 10, 2011